Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
CLINTON BABCOCK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-251 JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| CLINTON BABCOCK, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, Michael Hansen, attorney for defendant Clinton Babcock; that the previously-scheduled status conference and change of plea, be vacated and the matter continued to August 14, 2012, at 9:45 a.m.

This continuance is requested to allow the parties additional time to prepare for the change of plea and accommodate Mr. Hansen's calendar conflict.

Dated:  August 6, 2012                           Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
CLINTON BABCOCK

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com

1    Dated:  August 6, 2012                          BENJAMIN B. WAGNER
                                                     UNITED STATES ATTORNEY
2
                                                     By:  /s/ Michael E. Hansen for
3                                                    MICHELLE RODRIGUEZ
                                                     Assistant U.S. Attorney
4                                                    Attorney for Plaintiff

5

6                            [PROPOSED] ORDER

7            IT IS HEREBY ORDERED that the previously-scheduled status conference date of

8    August 7, 2012, be vacated and the matter set for change of plea on August 14, 2012, at 9:45

9    a.m., for the reasons set forth above.

10   Dated: 8/6/2012

                                                     /s/ John A. Mendez
11                                                   U. S. DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

**Stipulation and [Proposed] Order to Continue Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com