1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   CLINTON BABCOCK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-251 JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO VACATE RESTITUTION  HEARING AND RESTITUTION AMOUNT** |
| vs. | |
| CLINTON BABCOCK, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, Michael Hansen, attorney for defendant Clinton Babcock; that the previously-scheduled restitution hearing on January 22, 2013 at 1:30, be vacated and the matter dropped from the calendar.

The parties further stipulate to the amount of restitution, payable to Wells Fargo Bank in the amount of $1355.70, as stated in the probation officer's memorandum previously submitted to the Court.

Dated:  January 15, 2013                    Respectfully submitted,

                                            /s/ Michael E. Hansen
                                            MICHAEL E. HANSEN
                                            Attorney for Defendant
                                            CLINTON BABCOCK

/ / / / /

/ / / / /

/ / / / /

1

**Stipulation and [Proposed] Order to Restitution**

1  Dated: January 15, 2013                    BENJAMIN B. WAGNER
                                              UNITED STATES ATTORNEY
2
                                              By: /s/ Michael E. Hansen for
3                                             MICHELLE RODRIGUEZ
                                              Assistant U.S. Attorney
4                                             Attorney for Plaintiff

5

6                                    **ORDER**

7       IT IS HEREBY ORDERED that the previously-scheduled restitution hearing date of

8  January 22, 2013, be vacated.

9       IT IS HEREBY ORDERED that the defendant shall pay restitution to:

10           Wells Fargo Bank N.A. - Fraud Investigations
             Department 2038
11           Denver, CO 80291-2038
             $1,355.70
12

13
   Dated: 1/16/2013
14  _____    /s/ John A. Mendez
                                      JOHN A. MENDEZ
15                                    United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**Stipulation and [Proposed] Order to Restitution**