**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

**RE:  Clinton Beau Babcock**
**Docket Number:  2:12CR00251-01**
**<u>RECOMMENDATION TO RECALL</u>**
**<u>SUPERVISED RELEASE VIOLATION</u>**
**<u>WARRANT</u>**

Your Honor:

On March 11, 2020, Clinton Babcock commenced supervision in the Eastern District of California. During a pending pre-transfer investigation, it was discovered Babcock was using controlled substances and was not truthful about his whereabouts. Additionally, he continuously failed to enter a residential treatment program. The Northern District of California was notified of the non-compliant behavior, and it was determined jurisdiction would be transferred back to the sentencing district (ED/CA) to handle the violation conduct, based on the location of Babcock's new residence.

On March 12, 2020, Your Honor signed a Petition for Warrant for Offender Under Supervision for the above behavior. However, due to the Covid-19 Pandemic, the U.S. Marshals Service was unable to effect any arrests or allow any self-surrenders at that time. As such, it was determined by our office Babcock would be allowed to enter a residential drug treatment program, pending violation proceedings.

Babcock successfully completed a 90-day stay at a residential drug treatment program and has since gained employment and obtained an apartment. This was a huge accomplishment for Babcock, as he was unemployed and homeless at the time he entered the program. Unfortunately, he was recently laid off, but he is receiving unemployment benefits and actively searching for

**RE:   Clinton Beau Babcock**
**Docket Number: 2:12CR00251-01**

employment. Nonetheless, Babcock has remained in compliance and has adjusted well to supervision.

Based on Babcock's successful completion of a residential drug treatment program and his continued compliance since then, the undersigned respectfully recommends that the Supervised Release Violation Warrant be recalled. In addition, the undersigned respectfully recommends no further Court action be taken in regard to the violation. The undersigned will continue to monitor Babcock's compliance and report any future violations to the Court.

**Respectfully submitted,**

**Miranda L. Lutke**
**United States Probation Officer**

Dated:    September 15, 2020
          Roseville, California

**REVIEWED BY:**

**Ronnie Preap**
**Supervising United States Probation Officer**

Page 2

REV.  05/2020
CAE___MEMO__COURT

**RE:   Clinton Beau Babcock**
      **Docket Number: 2:12CR00251-01**

REV.  05/2020
CAE___MEMO__COURT

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

X  The warrant is recalled.

☐  No changes to be made to the previously issued warrant.

☐  The issuance of a summons; the warrant is recalled.

## FURTHER PROCEEDINGS REGARDING CUSTODY:

☐  Defendant is ordered to be brought before District Judge forthwith.

☐  Initial appearance and detention hearing before Magistrate Judge.

DATED:  September 15, 2020                    /s/ John A. Mendez_____

                                              United States District Court Judge

cc:     Michelle Rodriguez
        Assistant United States Attorney

        United States Marshal Service